1  JOSEPH W. SINGLETON (State Bar No. 209862)
   LAW OFFICES OF JOSEPH W. SINGLETON
2  5950 CANOGA AVE., SUITE 130
   WOODLAND HILLS, CALIFORNIA 91367
3  (818) 999-1950; FAX (818) 999-1955

4

   Attorneys for Plaintiff,
5  Tyson Zoltan Heder

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 TYSON ZOLTAN HEDER,                )  Case No. CV13-00910GHK(JPRx)
                                      )
11        Plaintiff,                  )
       vs.                            )  [PROPOSED] ORDER RE:
12                                    )  STIPULATION AND REQUEST TO
                                      )  FILE SECOND AMENDED
13 CITY OF LOS ANGELES; LOS ANGELES   )  COMPLAINT AND REMAND CASE
   POLICE DEPARTMENT; OFFICER, JOSHUA )  TO STATE COURT
14 MEDINA (38401); OFFICER, LYNDON    )
   BARBER (40016); SERGEANT, RUDY     )
15 BARILLAS (33713); OFFICER THOMAS   )
   VAGO (38259); CAPTAIN, JOHN        )
16 INCONTRO AND DOES 1 THROUGH 100,   )
   inclusive,                         )
17                                    )
          Defendants.                 )
18                                    )
                                      )
19 _____  )

20

21

22

23

24

25

26

27

28

                              - 1 -

[PROPOSED] ORDER RE: STIPULATION TO FILE SECOND AMENDED COMPLAINT AND REMAND CASE

**ORDER**

Having considered the Stipulation and Request to: (1) allow Plaintiff to file his proposed Second Amended Complaint; and (2) remand this Action to the California Superior Court, County of Los Angeles, Pursuant to F.R.C.P. RULES 15(a) and 28 USC § 1447(c), and good cause appearing therefore, the Court hereby grants the request.

Dated: April 15, 2013

By: _____
Honorable George H. King
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: STIPULATION TO FILE SECOND AMENDED COMPLAINT AND REMAND CASE